UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-06-2027-EFS |
| Plaintiff, | |
| v. | **ORDER GRANTING THE GOVERNMENT'S MOTION FOR DISMISSAL OF INDICTMENT** |
| BENJAMIN OCHOA-NAVARRO, | |
| Defendant. | |

On May 8, 2006, pursuant to Federal Rule of Criminal Procedure 48(a), the Government moved the Court for leave to dismiss the Indictment filed against Defendant Benjamin Ochoa-Navarro on February 22, 2006. (Ct. Rec. 28.)  Finding no reason not to grant the Government's request, the Court hereby grants leave to the Government to dismiss the Indictment against Mr. Ochoa-Navarro.

**IT IS HEREBY ORDERED:**

1.  The Government's Motion for Dismissal of Indictment **(Ct. Rec. 28)** is **GRANTED**.  The Indictment **(Ct. Rec. 1)** filed in Case No. CR-06-2027-EFS is **DISMISSED**.

2.  The pretrial conference set for **May 17, 2006,** and the trial set for **June 12, 2006,** are hereby **STRICKEN**.

2.  All pending motions are **DENIED AS MOOT**.

ORDER * 1

1        **IT IS SO ORDERED.**  The District Court Executive is directed to enter

2   this Order and provide a copy to counsel, the U.S. Marshal, the U.S.

3   Probation Officer, and the Jury Administrator.

4        **DATED** this ____10th____ day of May, 2006.

5

6                        S/ Edward F. Shea
                         _____
                                EDWARD F. SHEA
7                       United States District Judge

8
    Q:\Criminal\2006\2027.dismiss.indictment.wpd
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER * 2